**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000724**
**08-MAY-2017**
**07:49 AM**

NO. CAAP-16-0000724

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

EY, Plaintiff-Appellee, v.
DY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 07-1-0098)

ORDER DISMISSING APRIL 18, 2017 MOTION TO RESURRECT AND
REACTIVATE APPELLATE COURT CASE NUMBER CAAP-16-0000725 AND
CONSOLIDATE INTO APPELLATE COURT CASE NUMBER CAAP-16-0000724
(Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of (1) the January 12, 2017 order dismissing
appellate court case number CAAP-16-0000725 for lack of appellate
jurisdiction, (2) Defendant-Appellant DY's (Appellant DY)
April 18, 2017 motion to resurrect and reactivate appellate court
case number CAAP-16-0000725 and consolidate into appellate court
case number CAAP-16-0000724, (3) the April 19, 2017 order
dismissing appellate court case number CAAP-16-0000724 for lack
of appellate jurisdiction, and (4) the record, it appears that
Appellant DY filed the April 18, 2017 motion in appellate court
case number CAAP-16-0000724 for the purpose of requesting relief

from the dismissal of appellate court case number CAAP-16-0000725. We no longer have appellate jurisdiction over appellate court case number CAAP-16-0000725. As we have already dismissed appellate court case numbers CAAP-16-0000724 and CAAP-16-0000725 for lack of appellate jurisdiction, Appellant DY's request to consolidate these two appellate cases is now moot.

Therefore, IT IS HEREBY ORDERED that Appellant DY's April 18, 2017 motion to resurrect and reactivate appellate court case number CAAP-16-0000725 and consolidate into appellate court case number CAAP-16-0000724 is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawaiʻi, May 8, 2017.

Presiding Judge

Associate Judge

Associate Judge

-2-